DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500  FAX (707)  544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br>    SUSAN MICHELLE and NICHOLAS VICTOR METZGER<br>    8012 CREEKSIDE DRIVE<br>    WINDSOR, CA 95492<br><br>    ###-##-9508  ###-##-2803<br>                        Debtor(s). | Case No.: 09-1-3843 AJ13<br>Chapter 13<br><br>NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES |

**341 MEETING OF CREDITORS:**
Date:     01/19/2010
Time:     1:00 PM
Place:    Office of the United States Trustee
          777 Sonoma Ave., First Floor, #116
          Santa Rosa, CA   95404

**CONFIRMATION HEARING:**
Date:     01/11/2010
Time:     1:30 PM
Place:    United States Bankruptcy Court
          99 South E Street
          Santa Rosa, CA   95404

DAVID BURCHARD, Chapter 13 Trustee in the above-entitled action, cannot recommend Confirmation of the Chapter 13 Plan proposed hereunder by Debtor(s) for the following reason(s).

1. Schedule A reflects the value of Debtors' real property located at 8012 Creekside Drive Windsor, California as $336,997.00.  The Trustee requests an explanation of how Debtors' arrived at this value.

2. Debtors' Motion to Avoid Lien of National City was filed, and a tentative hearing date is set for January 11, 2010.  The Trustee requests that Debtors' Motion to Avoid Lien be resolved prior to confirmation.

3. Sections 3 and 4 of the Debtors' plan propose fixed monthly payments totaling $560.27 to be paid through the plan. Debtors' monthly plan payments are $584.00, thus not allowing an additional $58.40 for the Trustee's administrative fees.  The Trustee will be unable to administer this provision of the plan and requests that Debtors' counsel amend the plan.

4. Schedule I lists a monthly income of $1,950.00 for Unemployment for Mr. Metzger.  The Trustee requests verification of said income.

5. The Trustee requests Mrs. Metzger's payment advices or verification of income for the last six months prior to filing the bankruptcy, or in the alternative, provide a declaration that details why the Debtor cannot provide the six months payment advices.

PLEASE TAKE NOTICE that, without prior notice, at the above-referenced confirmation hearing date assigned to your Chapter 13 case, the Court may DISMISS the above-referenced case upon making a determination that Debtor(s) has/have not presented a feasible Plan, Debtor(s) has/have not made the required payments under the Plan, Debtor(s) has/have violated the statutory debt limitations set for a Chapter 13 case, Debtor(s) has/have not filed this proceeding in good faith, Debtor(s) has/have not provided documents and/or Schedules and Plan as required under the Bankruptcy code, and/or Debtor(s) has/have not provided the Trustee with Payment Advices or Declarations.

Dated: December 3, 2009                        DAVID BURCHARD
                                               DAVID BURCHARD, Chapter 13 Trustee

## Certificate of Mailing

I, DENIZ BRIDGMAN, the undersigned, certify that:

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA. On the date set forth below, I served a copy of the NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES, and this Certificate of Mailing, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

SUSAN MICHELLE and NICHOLAS VICTOR      DANIEL B. BECK
METZGER                                  BECK LAW, P.C.
8012 CREEKSIDE DRIVE                     2681 CLEVELAND AVE.
WINDSOR, CA 95492                        SANTA ROSA, CA 95403


United States Trustee
235 Pine Street, Suite 700
San Francisco, CA  94104

Dated:  December 3, 2009                       DENIZ BRIDGMAN
                                               DENIZ BRIDGMAN