WILLIAM G. MALCOLM, #129271
KERRY MOYNIHAN, #250571
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(949) 252-9400 Telephone
(949) 252-1032 Fax

**Attorneys for Secured Creditor,**
OCWEN LOAN SERVICING, LLC

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SANTA ROSA DIVISION

In re:

SUSAN MICHELLE METZGER, and

NICHOLAS VICTOR METZGER

Debtors.

Bankruptcy Case No. 09-13843

Chapter 13

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

CONT. CONFIRMATION HEARING:
DATE: June 21, 2010
TIME: 1:30 PM
PLACE: Santa Rosa Courtroom 14

**TO THE HONORABLE ALAN JAROSLOVSKY, UNITED STATES BANKRUPTCY COURT JUDGE, THE CHAPTER 13 TRUSTEE, THE DEBTORS' COUNSEL AND THE DEBTORS:**

OCWEN ("OCWEN") is the holder of a secured claim recorded against property in which the Debtors claim an interest. OCWEN is, therefore, a party in interest and has standing to object to the Debtors' Chapter 13 Plan.

OCWEN is the holder of a claim secured only by a security interest in real property commonly known as 8012 Creekside Drive, Windsor, California, which is the Debtors' principal residence. The total amount that is due and owing under the Promissory Note is approximately $419,290.37 and the pre-petition arrearage owed is approximately $2,290.37. OCWEN objects to the

Objection to Confirmation of Plan - 1 -

Case: 09-13843    Doc# 23    Filed: 06/09/10    Entered: 06/09/10 10:31:56    Page 1 of 3

Debtors' Plan on the following grounds:

        The Debtors' Plan fails to provide that post-petition monthly mortgage payments are to be tendered to OCWEN by the Debtors outside the Plan. Since the Plan does not propose to pay the claim in full, the Debtors' Plan is not feasible and does not satisfy 11 U.S.C. §1322(b)(5) or §1325.

        Based on the foregoing, OCWEN respectfully requests that the Court deny confirmation of the Debtors' Chapter 13 Plan or order that the Chapter 13 Plan be amended to provide for payments of OCWEN's pre-petition arrearages.

DATED: June 9, 2010                          Respectfully Submitted,

                                                       MALCOLM CISNEROS, A Law Corporation

                                                       _/s/William G. Malcolm_
                                                       WILLIAM G. MALCOLM
                                                      Attorney for Secured Creditor,

                                                       OCWEN LOAN SERVICING, LLC

# PROOF OF SERVICE

STATE OF CALIFORNIA ) 
) ss.
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action; my business address is: 2112 Business Center Drive, Second Floor, Irvine, California, 92612.

On June 9, 2010, I served the following document described as **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California **(and via telecopy or overnight mail where indicated)**, addressed as follows:

>    **Susan Michelle Metzger**
>    **Nicholas Victor Metzger**
>    8012 Creekside Drive
>    Windsor, CA 95492
>
>    **Daniel B. Beck**
>    Beck Law, P.C.
>    2681 Cleveland Ave.
>    Santa Rosa, CA 95403
>
>    Devin Derham-Burk
>    P.O. Box 50013
>    San Jose, CA 95150

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 9, 2010, at Irvine, California.

>    /s/*Adam Mischlich*
>    ADAM MISCHLICH

Objection to Confirmation of Plan - 3 -