DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>   SUSAN MICHELLE and NICHOLAS VICTOR METZGER<br>   8012 CREEKSIDE DRIVE<br>   WINDSOR, CA 95492<br>   ###-##-9508  ###-##-2803<br>Debtor(s) | Chapter 13<br>Case No:  09-1-3843 AJ13<br>Date:     October 9, 2013<br>Time:     01:30 PM<br>Ctrm:     99 South E Street<br>          Santa Rosa, CA 95404-6517 |

MOTION OF CHAPTER 13 TRUSTEE, DAVID BURCHARD,
TO DISMISS CASE UNDER 11 U.S.C. 1307 (c)(1)

TO: THE ABOVE-NAMED DEBTOR(S) AND TO DEBTOR'S(') ATTORNEY OF RECORD HEREIN:

The Chapter 13 Trustee, DAVID BURCHARD, moves the court for an order, pursuant to 11 U.S.C. 1307 (c) dismissing this case for cause in that the Debtor(s) failed to make plan payments as described in Debtor(s)' confirmed Chapter 13 Plan.

1.  This court has jurisdiction over this matter pursuant to 11 U.S.C. 1307 (c)(1), Federal Rules of Bankruptcy Procedure 9013 and 9014, and Bankruptcy Local Rules 9013 and 9014.  This is a core proceeding under 28 U.S.C. 157(b) (2) (A).

2.  This motion is made for cause pursuant to 11 U.S.C. 1307 (c)(1) on grounds that the Debtor(s) failed to make plan payments as described in Debtor(s)' confirmed Chapter 13 Plan.  This motion is based upon all documents, records on file, together with this Notice of Motion, Motion, Declaration and any such additional documents, records and evidence which may be presented.

3.  An Order Confirming Plan was entered 07/14/2010.

4.  Pursuant to the Debtor(s)' confirmed plan, the Debtor(s) should have paid the Trustee $18,350.00.

5.  As of the date hereof, the Debtor(s) have paid $17,190.60.

6.  The Debtor(s) monthly payment is $386.00.

7.  The approximate balance remaining to be paid on the confirmed plan is $6,563.40.

8. The cause to dismiss this case exists because the Debtor(s) has failed to make payments as described in the debtor(s)' confirmed Chapter 13 Plan and the Trustee therefore requests the Court enter an order dismissing this case.

If you wish to oppose dismissal of this Chapter 13 case, you or your attorney may appear at the hearing on this motion and present argument in opposition to this motion.

Dated:        September 6, 2013                         David Burchard
                                                         David Burchard, Chapter 13 Trustee

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

SUSAN MICHELLE and NICHOLAS VICTOR METZGER
8012 CREEKSIDE DRIVE
WINDSOR, CA 95492
###-##-9508    ###-##-2803
Debtor(s)

Chapter 13
Case No:  09-1-3843 AJ13
Date:    October 9, 2013
Time:    01:30 PM
Ctrm:    99 South E Street
         Santa Rosa, CA 95404-6517

DECLARATION IN SUPPORT OF CHAPTER 13 TRUSTEE,
DAVID BURCHARD'S, MOTION TO DISMISS CASE UNDER
11 U.S.C. 1307 (c)(1) and a CERTIFICATE OF MAILING

I am the custodian and/or keeper of the business records referenced herein and, as such, I am qualified to certify the authenticity thereof.  Additionally, I have personal knowledge of the matters stated in the Declaration except as to those stated on information and belief and as to those matters, I believe them to be true and correct.  If called upon as a witness, I could, and would, competently testify to the fact contained herein.

After reviewing the books, records and files of the above-referenced Debtor(s), I make the following Declarations:

1.  An Order Confirming Plan was entered 07/14/2010.

2. Pursuant to the Debtor(s)' confirmed plan, the Debtor(s) should have paid the Trustee $18,350.00.

3.  As of the date hereof, the Debtor(s) have paid $17,190.60.

6.  The Debtor(s) monthly payment is $386.00.

7.  The approximate balance remaining to be paid on the confirmed plan is $6,563.40.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on September 6, 2013, in Foster City, California.

Dated:       September 6, 2013                    _____David Burchard_____
                                                  David Burchard, Chapter 13 Trustee

CERTIFICATE OF MAILING

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA. On the date set forth below, I served a true and correct copy of the Motion of Chapter 13 Trustee, David Burchard, to Dismiss Case Under 11 U.S.C. 1307 (c)(1), the Declaration in Support of Chapter 13 Trustee, David Burchard's Motion to Dismiss Case Under 11 U.S.C. 1307 (c)(1) and this **Certificate of Mailing**, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | |
|---|---|
| SUSAN MICHELLE and NICHOLAS VICTOR METZGER<br>8012 CREEKSIDE DRIVE<br>WINDSOR, CA 95492 | DANIEL B. BECK<br>BECK LAW, P.C.<br>2681 CLEVELAND AVE.<br>SANTA ROSA, CA 95403 |

Dated: September 6, 2013               _____NICHOLE SAN JOSE_____
                                                                    NICHOLE SAN JOSE
                                                                    Case Administrator