DAVID BURCHARD,
CHAPTER 13 TRUSTEE
PO BOX 8059
FOSTER CITY, CA 94404
Tel: (650) 345–7801   Fax: (650) 345–1514
Tel: (707) 544-5500   Fax: (707) 544-0475

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re

SUSAN MICHELLE and NICHOLAS

VICTOR METZGER

                Debtor.

Case No.: 09-1-3843 AJ13

**TRUSTEE'S OBJECTION TO DEBTOR'S APPLICATION TO MODIFY CHAPTER 13 PLAN**

**TO THE UNITED STATES BANKRUPTCY JUDGE, DEBTOR(S)' COUNSEL, DEBTOR(S), AND OTHER PARTIES IN INTEREST:**

     David Burchard, Chapter 13 Trustee ("Trustee"), for the Santa Rosa and San Francisco Divisions of the United States Bankruptcy Court for the Northern District of California, hereby submits the following Objection to Application to Modify Chapter 13 Plan proposed by DANIEL B. BECK  for SUSAN MICHELLE and NICHOLAS VICTOR METZGER ("Debtor(s)").  This objection is based upon all pleadings, papers and documents filed herein, together with those matters of which judicial notice has been requested, and any oral argument, which may be presented.

     The Trustee hereby objects to the Application to Modify Chapter 13 Plan, dated December 11, 2013.

///

///

1

The Trustee is unable to verify the basis for the application and Debtor's substantial change in income and/or expenses without Debtor providing the following information:

____ Amended Schedules I and J

_X_ A signed copy of 2012 Federal Income Tax Returns

____ Verification of income to substantiate change in plan payments

_X_ Other: Application to Modify does not include a Notice or Certificate of Service.

_X_ Application to Modify does not provide for the suspension of October through December 2013.

_X_ Trustee requests a filed declaration in support of the Application to Modify.

_X_ Plan payments of $660.00 effective January 2014 are needed to pay all secured and administrative claims in full.

Therefore, the Trustee requests that this objection be sustained, Debtor's Application to Modify Chapter 13 Plan be denied, and other relief this Court deems proper.

Dated: December 20, 2013          /s/ David Burchard
                                  DAVID BURCHARD
                                  CHAPTER 13 TRUSTEE

# CERTIFICATE OF SERVICE

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA. On the date set forth below, I served a true and correct copy of **TRUSTEE'S OBJECTION TO DEBTOR'S APPLICATION TO MODIFY CHAPTER 13 PLAN** and this **Certificate of Service**, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 20, 2013                 /s/ NICHOLE SAN JOSE
                                                       NICHOLE SAN JOSE