DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

SUSAN MICHELLE and NICHOLAS VICTOR METZGER
8012 CREEKSIDE DRIVE
WINDSOR, CA 95492

Debtor(s)

Chapter 13
Case No.: 09-1-3843 AJ13

PETITION TO WITHDRAW TRUSTEE'S MOTION TO DISMISS

The petitioner, David Burchard, Trustee in the above-referenced case, hereby requests that the Trustee's Motion filed on September 6, 2013 be withdrawn.

DATED:   January 14, 2014

       DAVID BURCHARD       
DAVID BURCHARD
Chapter 13 Trustee
United States Bankruptcy Court
Northern District of California
San Francisco/Santa Rosa Divisions

CERTIFICATE OF MAILING

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA. On the date set forth below, I served this Withdrawal of Motion to Dismiss, and this **Certificate of Mailing**, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | |
|---|---|
| SUSAN MICHELLE and NICHOLAS VICTOR METZGER<br>8012 CREEKSIDE DRIVE<br>WINDSOR, CA 95492 | DANIEL B. BECK<br>BECK LAW, P.C.<br>2681 CLEVELAND AVE.<br>SANTA ROSA, CA 95403 |

Dated: January 14, 2014

KAREN WELLS
KAREN WELLS
Case Administrator